IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:10-cr-04043-FJG-1 |
| | ) | |
| RICKY JOHN HENSLEY, | ) | |
| | ) | |
| Defendant. | ) | |

**ACCEPTANCE OF PLEA OF GUILTY**
**AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation (Doc. #24 filed July 5, 2011) of United States Magistrate Judge Matt J. Whitworth, to which no objection has been filed, the plea of guilty to the one count Indictment filed September 23, 2010, is now accepted. Defendant is adjudged guilty of such offenses. Sentencing will be set by subsequent order of the court.

                                                             /s/ Fernando J. Gaitan, Jr.
                                                             Fernando J. Gaitan, Jr.
                                                             Chief United States District Judge

Dated: July 25, 2011
Kansas City, Missouri